UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CHARLES EDWARD WALLS                                                                        PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:12cv84-DPJ-FKB

HINDS COUNTY, et al.                                                                      DEFENDANTS

ORDER

This cause came on this date to be heard upon the Report and Recommendation [65] of the United States Magistrate Judge, after referral of hearing by this Court.  Magistrate Judge Ball recommended granting Defendants' Joint Motion for Summary Judgment [49] and denying Walls's Motion for Partial Summary Judgment [56].  Judge Ball recommended dismissing Walls's claims because Walls failed to create a genuine dispute of material fact on the necessary elements of his claim.  Walls did not file an Objection to the Report and Recommendation, and the time to do so has now passed.  The Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court, and the same entire action should be dismissed with prejudice.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 29th day of July, 2013.

s/ *Daniel P. Jordan III*<br>UNITED STATES DISTRICT JUDGE